UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

FILED
U.S. DISTRICT COURT
DISTRICT OF VT
03/05/26

In re:  Release of Information Related to Supervised Release
and Pre-trial Violation Proceedings

**2:26-mc-28**

## GENERAL ORDER NO. 129

This order supersedes General Order No. 110 and supplements F.R.Crim.P. 32.1, 18 U.S.C. § 3606, and Rules 57.1 and 57.2 of the Local Rules of Criminal Procedure in providing guidance concerning the release of information by the U.S. Probation Office to the parties at the initiation of a violation proceeding.  It concerns the timing of the release of information in support of the alleged violation.   It does not alter the right of either side to seek additional disclosures pursuant to F.R.Crim.P. 32.1(b)(2)(B) or as otherwise ordered by the court.

   a)  Supervised Release and Probation violations

The U.S. Probation Office shall release information in support of the alleged violation to the United States Attorney's Office and to counsel for the defendant (or to the defendant if self-represented) upon issuance of a summons or as soon as possible following the defendant's arrest on a federal warrant issued due to the alleged violation, or upon the Probation Office's notification by the United States Marshals Service that a detainer has been successfully lodged with the correctional institution where the defendant is detained.

   b)  Pre-trial violations

The U.S. Probation Office may release information related to a potential violation of conditions of pre-trial release to the United States Attorney's Office at any time.  This information shall be released to the defendant or defense counsel upon filing of the Government's motion to revoke pre-trial release, unless the motion is filed under seal seeking an arrest warrant, in which case the information shall be released to the defense at the time of arrest or unsealing, whichever is first.

   Dated at Burlington, in the District of Vermont, this 5th day of March, 2026.

Christina Reiss
Chief Judge